**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

E2INTERACTIVE, INC., and
INTERACTIVE COMMUNICATIONS
INTERNATIONAL, INC.,

                   Plaintiffs,                Case No. 09-CV-629-slc

     v.

BLACKHAWK NETWORK, INC.,

                   Defendant.

---

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

---

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff e2Interactive, Inc. ("e2Interactive") submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

e2Interactive is not a subsidiary or affiliate of a publicly owned corporation.

e2Interactive is a wholly-owned subsidiary of InComm Holdings, Inc. ("InComm Holdings"). Windstream Communications, which is publicly owned, constitutes less than 0.5% of the total ownership interest in InComm Holdings.

Respectfully submitted this 22nd day of October, 2009.

//s//Andrew M. Norman
Matthew J. Duchemin
Wisconsin Bar No. 1027594
Andrew M. Norman
Wisconsin Bar No. 1055470
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, Wisconsin 53703
Telephone: (608) 251-5000
Facsimile: (608) 251-9166

Of Counsel:
Robin L. McGrath
Holly S. Hawkins
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Attorneys for Plaintiffs e2Interactive, Inc. and
Interactive Communications International, Inc.*