UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

E2INTERACTIVE, INC., and
INTERACTIVE COMMUNICATIONS
INTERNATIONAL, INC.,

                    Plaintiffs,           Case No. 09-CV-629

v.

BLACKHAWK NETWORK, INC.,

                    Defendant.

## BLACKHAWK NETWORK, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaimant Blackhawk Network, Inc. ("Blackhawk") makes the following disclosure:

1. Blackhawk is a wholly-owned subsidiary of corporate parent Blackhawk Network Holdings, Inc.

2. Safeway Inc. (NYSE: SWY) is the beneficial owner of more than 10% of Blackhawk Network Holdings, Inc.'s stock.

                                      Respectfully submitted,

                                      *s/James D. Peterson*
                                      James D. Peterson

                                      James D. Peterson
                                      State Bar No. 1022819
                                      Brian J. Cahill
                                      State Bar No. 1055439
                                      GODFREY & KAHN, S.C.
                                      One East Main Street, Suite 500
                                      Post Office Box 2719
                                      Madison, WI 53701-2719
                                      Phone: 608-257-3911
                                      Fax:    608-257-0609
                                      Email: jpeterson@gklaw.com

*Of Counsel:*

IRELL & MANELLA LLP
Morgan Chu (CA Bar No. 70446)
Richard M. Birnholz (CA Bar No. 151543)
Benjamin T. Wang (CA Bar No. 228712)
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276
Phone: (310) 277-1010
Fax: (310) 203-7199
Email:  mchu@irell.com
          rbirnholz@irell.com
          bwang@irell.com

Attorneys for Blackhawk Network, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed through the Court's CM/ECF system, which will provide notification and service to the counsel of record listed below:

>Robin L. McGrath
>Holly S. Hawkins
>Alston & Bird LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309-3424
>
>Matthew J. Duchemin
>Andrew M. Norman
>Quarles & Brady LLP
>33 East Main Street
>Suite 900
>Madison, Wisconsin 53703

*s/James D. Peterson*
James D. Peterson

4431531_1