IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

E2INTERACTIVE, INC. and
INTERACTIVE COMMUNICATIONS
INTERNATIONAL, INC.,

        Plaintiffs,

v.

BLACKHAWK NETWORK, INC.,

        Defendant.

SPECIAL VERDICT ON LIABILITY

09-cv-629-slc

---

We, the jury, for our special verdict, do find as follows:

Has plaintiff InComm proven by a preponderance of the evidence that defendant Blackhawk has infringed either of the following claims of U.S. Patent No. 7,578,439 (the '439 patent)?

    Claim 1:    __YES__
                     (Yes or No)

    Claim 19:   __YES__
                     (Yes or No)

                                            _/s/ [signature]_
                                            Presiding Juror

Madison, Wisconsin

Date: __02/24/2012__