IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

E2INTERACTIVE, INC., and
INTERACTIVE COMMUNICATIONS
INTERNATIONAL, INC.

                          Plaintiffs,                    SPECIAL VERDICT
                                                          ON DAMAGES
         v.
                                                         09-cv-629-slc
BLACKHAWK NETWORK, INC.,

                          Defendant.

---

We, the jury, for our special verdict on damages, do find as follows:


**Question No. 1**

What amount, if any, has InComm proved it is entitled to as a reasonable royalty?


ANSWER: $ _3,475,159.95_

THREE MILLION, FOUR HUNDRED SEVENTY-FIVE
THOUSAND ONE HUNDRED FIFTY-NINE AND 95/100 DOLLARS

                                        _____
                                        Presiding Juror

Madison, Wisconsin

Date: _2/28/2012_