IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

E2INTERACTIVE, INC. and INTERACTIVE
COMMUNICATIONS INTERNATIONAL, INC.,

          Plaintiffs,                JUDGMENT IN A CIVIL CASE

v.                                      Case No. 09-cv-629-slc

BLACKHAWK NETWORK, INC.,

          Defendant.

---

      This matter came before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered a verdict.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs e2Interactive, Inc. and Interactive Communications International, Inc. dismissing defendant Blackhawk Network, Inc.'s counterclaim of inequitable conduct with respect to U.S Patent No. 7,578,439 and in favor of defendant dismissing plaintiffs' claim that defendant directly infringed U.S. Patent No. 7,630,926.

      IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs in the amount of $3,475,159.95 on their claims that defendant infringed claims 1 and 19 of U.S Patent No. 7,578,439.

Approved as to form this 2d day of March, 2012.

_____
Stephen L. Crocker
Magistrate Judge

_____                3/2/12
Peter Oppeneer                                Date
Clerk of Court