IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| E2INTERACTIVE, INC. and<br>INTERACTIVE COMMUNICATIONS<br>INTERNATIONAL, INC., | AMENDED<br>JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case No. 09-cv-629-slc |
| v. | |
| BLACKHAWK NETWORK, INC., | |
| Defendant. | |

This action came before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs e2Interactive, Inc. And Interactive Communications International, Inc. Dismissing defendant Blackhawk Network, Inc.'s counterclaim of inequitable conduct with respect to U.S. Patent No. 7,573,439 and in favor of defendant dismissing plaintiffs' claim that defendant directly infringed U.S. Patent No. 7,630,926.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs in the amount of $3,512,761.77 on their claims that defendant infringed claims 1 and 19 of U.S. Patent No. 7,578,439 and enjoining defendant from making, using, selling, or offering to sell products found to have infringed claims 1 or 19 of U.S. Patent No. 7,578,439.

Approved as to form this 12th day of December, 2012.

_____
Stephen L. Crocker,
Magistrate Judge

_____    12/13/12
Peter Oppeneer, Clerk of Court         Date