IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

E2INTERACTIVE, INC. and
INTERACTIVE COMMUNICATIONS ORDER

                Plaintiffs,                 09-cv-629-slc

v.

BLACKHAWK NETWORK, INC.,

                Defendant.

---

In response to the court's December 6, 2012 order, plaintiffs e2Interactive, Inc. and Interactive Communications International, Inc. (InComm) have submitted a revised calculation for pre-judgment and post-judgment interest based on the date of the entry of that order. Dkt. 539. The court accepts and awards plaintiffs' request for prejudgment interest in the amount of $198,122.12 and for postjudgment interest accruing at a rate of $18.29 per day from the judgment date of December 6, 2012 to the date of payment.

Entered this 26th day of December, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge